# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

APR 6, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

| | |
|---|---|
| **DAVE ALAN,** Individually, And On Behalf Of All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) **FASTTRACK PROMOTIONS, INC.;** Does 1 through 10 inclusive, ) ) ) Defendant. ) ) | Case No. 2:16-cv-09177-VAP-AJW **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the putative class.  Each party shall bear its own costs and expenses.

Dated this 6th day of April, 2017.

_____
The Honorable Virginia A. Phillips
Chief United States District Judge